IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMIEN W. STROUD,

    Petitioner,                    No. 2:11-cv-2882 CKD P

    vs.

RICK HILL,

    Respondent.                ORDER

         Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's June 11, 2012 dismissal of his application for a writ of habeas corpus for untimeliness. (Dkt. No. 17.) The parties have consented to this court's jurisdiction. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

         A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

         Where, as here, the petition was dismissed on procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that jurists of reason would find it

1

1  debatable whether the district court was correct in its procedural ruling'; and (2) 'that jurists of
2  reason would find it debatable whether the petition states a valid claim of the denial of a
3  constitutional right.'" Morris v. Woodford, 229 F.3d 775, 780 (9th Cir. 2000) (quoting Slack v.
4  McDaniel, 529 U.S. 473, 484 (2000)).

5  After careful review of the entire record herein, this court finds that petitioner has
6  not satisfied the first requirement for issuance of a certificate of appealability in this case.
7  Specifically, there is no showing that jurists of reason would find it debatable whether petitioner
8  timely filed the petition. Accordingly, a certificate of appealability should not issue in this
9  action.

10  IT IS SO ORDERED.

11  Dated: July 9, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
stro2882.coa.pro