IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMIEN WILLIAM STROUD,

    Petitioner,                       No. 2:11-cv-2882 CKD P

    vs.

RICK HILL,

    Respondent.                  ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. He paid the $5.00 filing fee in the district court action, which was closed on June 11, 2012. Petitioner filed a notice of appeal and his petition is now the subject of an appeal in the Ninth Circuit Court of Appeals, Case No. 12-16542. On July 10, 2012, he was notified that the $455.00 filing fee for the appeal was due. (Dkt. No. 21-2.)

        On October 30, 2012, petitioner filed a motion to proceed in forma pauperis on appeal. (Dkt. No. 25; see Federal Rule of Appellate Procedure 24(a).) Petitioner's attached inmate trust account statement indicates that during the month of August 2012, petitioner voluntarily withdrew $3,100 from his trust account. (Id. at 4.) Thus petitioner had the ability to pay the filing fee on appeal. Accordingly, the application to proceed in forma pauperis on appeal will be denied. See 28 U.S.C. § 1915(a).

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis on appeal (Dkt. No. 25) is denied; and

2. The Clerk of Court shall so notify the Ninth Circuit Court of Appeals per FRAP (a)(4).

Dated: December 10, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
strou2882.ifp_app